UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| JUNE JEFFRIES, et al., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| vs. ) | Case No. 4:13-CV-1921-JAR |
| ) | |
| MISSOURI METALS, LLC, et al., ) | |
| ) | |
| Defendants. ) | |

## MEMORANDUM AND ORDER

This matter is before the Court on Defendants' Motion to Compel Property Inspections, Depositions, Interrogatory Answers, Responses to Requests for Production and Document Productions from All Plaintiffs and For Other Relief (ECF No. 45). Therein, Defendants outline Plaintiffs' multiple deficient discovery responses and failures to communicate with defense counsel. Defendants also note that several depositions and inspections are scheduled for later this month, which require both discovery responses from Plaintiffs and confirmation of dates from counsel.

Accordingly,

**IT IS HEREBY ORDERED** that Plaintiffs shall respond to Defendants' Motion to Compel Property Inspections, Depositions, Interrogatory Answers, Responses to Requests for Production and Document Productions from All Plaintiffs and For Other Relief (ECF No. 45) no later than **4:00 p.m. on April 10, 2014**.

Dated this 7th day of April, 2014.

_____
JOHN A. ROSS
UNITED STATES DISTRICT JUDGE