UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| JUNE JEFFRIES, et al., | ) |
| | ) |
| Plaintiffs, | ) No. 4:13-CV-1921 JAR |
| | ) |
| v. | ) |
| | ) |
| MISSOURI METALS, LLC, et al., | ) |
| | ) |
| Defendant. | ) |

**MEMORANDUM AND ORDER**

This matter is before the Court on Defendants' Motion to Compel Property Inspections, Depositions, Interrogatory Answers, Responses to Requests for Production and Document Productions From All Plaintiffs and For Other Relief (ECF No. 45), Defendants' Motion to Strike Plaintiffs' Disclosure of Nonretained Experts and for Rule 37 Relief and Memorandum of Law in Support Thereof (ECF No. 46), and Plaintiffs['] Request for Additional Time Due to Disability (ECF No. 49). The Court held a conference call with the parties on April 18, 2014, and this Order follows.

Accordingly,

**IT IS HEREBY ORDERED** that Defendants' Motion to Compel Property Inspections, Depositions, Interrogatory Answers, Responses to Requests for Production and Document Productions From All Plaintiffs and For Other Relief [45] is **GRANTED**, in part.

**IT IS FURTHER ORDERED** that Rule 34 inspections of Plaintiffs' residences shall occur on **May 10, or May 17, 2014**, unless the parties agree upon another date. In no event shall the inspections occur later than **May 19, 2014**.

**IT IS FURTHER ORDERED** that Plaintiff Malinuh Jackson's discovery responses shall be provided to Defendants no later than **April 25, 2014**.

**IT IS FURTHER ORDERED** that Plaintiffs Noreen Jackson, June Jefferies, Juanita Miller and Harold Miller shall supplement their discovery responses no later than **April 25, 2014,** in accordance with Fed.R.Civ.P. 33 and 34.

**IT IS FURTHER ORDERED** that Defendants' Motion to Strike Plaintiffs' Disclosure of Nonretained Experts and for Rule 37 Relief and Memorandum of Law in Support Thereof [46] is **DENIED**, without prejudice. Plaintiffs shall supplement their disclosures of nonretained experts in accordance with Fed.R.Civ.P. 26(a)(2) no later than **April 25, 2014**.

**IT IS FURTHER ORDERED** that Plaintiffs' Request for Additional Time Due to Disability [49] is **GRANTED**. Plaintiff Alberta Clark's discovery responses shall be provided to Defendants no later than **May 2, 2014**.

**IT IS FINALLY ORDERED** that Defendants' expert disclosures and expert reports shall be made no later than **July 18, 2014**, and Defendants' expert(s) shall be deposed no later than **August 17, 2014**.

_____
**JOHN A. ROSS**
**UNITED STATES DISTRICT JUDGE**

Dated this 21st day of April, 2014.